1  PETER S. CHRISTIANSEN, ESQ.
   Nevada Bar No. 5254
2  pete@christiansenlaw.com
   KENDELEE L. WORKS, ESQ.
3  Nevada Bar No. 9611
   kworks@christiansenlaw.com
4  CHRISTIANSEN TRIAL LAWYERS
   710 S. 7th Street, Suite B
5  Las Vegas, Nevada 89101
   Tel: (702) 240-7979
6  Fax: (866) 412-6992
7  *Attorneys for Defendant Nadar Zannad*

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

11  UNITED STATES OF AMERICA,                Case No. 2:22-cr-00122-CDS-EJY-1

12              Plaintiff,

13      vs.

14  NADAR ZANNAD,                            **STIPULATION TO
                                             CONTINUE** ~~PROBATION~~
15              Defendant.                   **REVOCATION OF
                                             SUPERVISED RELEASE**
16                                           (**FIRST REQUEST**)

17          IT IS HEREBY STIPULATED AND AGREED, by and between the United States of

18  America, by and through Supriya Prasad, Assistant United States Attorney and Defendant, Nadar

19  Zannad by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the

20  Revocation of Supervised Release ~~probation revocation~~ hearing in the above-captioned matter, which is currently scheduled for July

21  28, 2022, be vacated with a new hearing date to be set to a date convenient for the Court, not

22  sooner September 26, 2022.

23          This is the first request for a continuance of Mr. Zannad's Revocation of Supervised Release ~~probation revocation~~ hearing

24  and is entered into for the following reasons:

25          1.   The parties are awaiting a decision as to whether a Complaint will be filed against Mr.

26  Zannad in Case No. C1265620A, which is pending before the Las Vegas Municipal Court, and

27  forms a substantial part of the basis for the Petition for Revocation of Supervised Release

28  regarding Mr. Zannad.

2.  Assistant United States Attorney Supriya Prasad will be on leave and is not available to appear on July 28, 2022.

3.  Mr. Zannad is out of custody and does not object to this continuance.

4.  Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

5.  The parties agree to the continuance.

6.  The additional time requested herein is not sought for purposes of delay.

7.  For the above-stated reason, the ends of justice would best be served by a continuance of the ~~probation revocation~~ hearing.

DATED: July 21, 2022.

CHRISTIANSEN TRIAL LAWYERS          UNITED STATES ATTORNEY

By /s/ Peter S. Christiansen              By /s/ Supriya Prasad
   PETER S. CHRISTIANSEN                    SUPRIYA PRASAD
   KENDELEE L. WORKS                        Assistant United States Attorney
   Counsel for Nadar Zannad

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release currently scheduled for July 28, 2022 at the hour of 10:00 a.m. is vacated and continued to September 29, 2022 at the hour of 10:00 a.m.

DATED this 26th day of __July__, 2022.

_____
UNITED STATES DISTRICT JUDGE



2