PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KEELY P. CHIPPOLETTI, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Nadar Zannad*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NADAR ZANNAD,<br><br>Defendant. | Case No. 2:22-cr-00122-CDS-EJY-1<br><br>**ORDER TO CONTINUE REVOCATION OF SUPERVISED RELEASE**<br>(**SECOND REQUEST**)<br><br>**[ECF No. 20]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Supriya Prasad, Assistant United States Attorney and Defendant, Nadar Zannad by and through his attorneys, Peter S. Christiansen and Keely P. Chippoletti, that the Revocation of Supervised Release hearing in the above-captioned matter, which is currently scheduled for September 29, 2022, be vacated with a new hearing date to be set to a date convenient for the Court, not sooner than November 7, 2022.

This is the second request for a continuance of Mr. Zannad's Revocation of Supervised Release hearing and is entered into for the following reasons:

1. Kendelee Works, Esq., the lead attorney representing Mr. Zannad and expected to handle the revocation hearing had a personal issue arise and is now unavailable.

2. Peter S. Christiansen, Esq. will be taking over the handling of this matter and will represent Mr. Zannad at the revocation hearing. However, Mr. Christiansen is currently in trial in

1  a matter entitled *Gerald Thomas Benham, et al. v. Waste Management of California, Inc., et al.*,
2  Case No. 37-2020-00027273, Superior Court of the State of California, County of San Diego.

3        3. Mr. Christiansen also has a trial beginning on October 10, 2022, in a wrongful death
4  matter entitled *Estate of Juan Manuel Jimenez-Lopez v. CMC Steel Fabricators, Inc., et al*, Case
5  No. A-18-779263-C, Eighth Judicial District Court, Clark County. On September 1, 2022, Judge
6  Nadia Krall issued a Minute Order denying the parties' joint motion to continue trial, which is
7  currently set first on Department 4's October 10, 2022, trial stack. A hearing was recently held
8  on September 13, 2022, at which time Judge Krall confirmed trial would begin on October 10,
9  2022. The trial is expected to last three weeks.

10       4. Due to the trial settings in *Benham* and *Jimenez-Lopez*, a majority of Mr.
11 Christiansen's time has and will be consumed litigating these matters. Each of these cases will
12 continue to inhibit Mr. Christiansen's ability to sufficiently prepare for and defend Mr. Zannad at
13 the revocation hearing on the current setting.

14       5. Accordingly, the Defense requests to continue the revocation hearing in this matter to
15 a date mutually convenient for the Court, not sooner than November 7, 2022.

16       6. The requested continuance will provide Defense Counsel with additional time needed
17 to prepare to effectively defend Mr. Zannad at the revocation hearing.

18       7. Mr. Zannad is out of custody and does not object to this continuance.

19       8. Denial of this request could result in a miscarriage of justice, taking into account the
20 exercise of due diligence.

21       9. The parties agree to the continuance.

22       10. The additional time requested herein is not sought for purposes of delay.

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

11. For the above-stated reason, the ends of justice would best be served by a continuance of the revocation hearing.

DATED: September 21, 2022.

| CHRISTIANSEN TRIAL LAWYERS | UNITED STATES ATTORNEY |
|---|---|
| By  /s/ Peter S. Christiansen<br>   PETER S. CHRISTIANSEN<br>   KEELY P. CHIPPOLETTI<br>   Counsel for Nadar Zannad | By  /s/ Supriya Prasad<br>   SUPRIYA PRASAD<br>   Assistant United States Attorney |

### ORDER

IT IS HEREBY ORDERED that the Revocation of Supervised Release hearing in the above-captioned matter, currently scheduled for September 29, 2022, at the hour of 10:00 a.m., is vacated and continued to November 10, 2022 at the hour of 10:00 a.m. in courtroom 6B.

DATED this 22nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE