

PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KEELY P. CHIPPOLETTI, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Nadar Zannad*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NADAR ZANNAD,<br><br>Defendant. | Case No. 2:22-cr-00122-CDS-EJY-1<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE**<br>(THIRD REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Supriya Prasad, Assistant United States Attorney and Defendant, Nadar Zannad by and through his attorneys, Peter S. Christiansen and Keely P. Chippoletti, that the Revocation of Supervised Release hearing in the above-captioned matter, which is currently scheduled for November 10, 2022, be vacated with a new hearing date to be set to a date convenient for the Court, not sooner than November 28, 2022.

This is the third request for a continuance of Mr. Zannad's Revocation of Supervised Release hearing and is entered into for the following reasons:

1. Due to scheduling conflicts with counsel's respective calendars, both parties request to continue the revocation hearing in this matter to a date mutually convenient for the Court, not sooner than November 28, 2022.



2. The requested continuance herein is not sought for purposes of delay, but merely to accommodate the schedules of counsel, and allow sufficient time to effectively prepare for the revocation hearing.

3. Mr. Zannad is out of custody and does not object to this continuance.

4. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

5. The parties agree to the continuance.

6. For the above-stated reason, the ends of justice would best be served by a continuance of the revocation hearing.

DATED: October 28, 2022.

| CHRISTIANSEN TRIAL LAWYERS | UNITED STATES ATTORNEY |
|---|---|
| By /s/ Peter S. Christiansen<br>　PETER S. CHRISTIANSEN<br>　KEELY P. CHIPPOLETTI<br>　Counsel for Nadar Zannad | By /s/ Supriya Prasad<br>　SUPRIYA PRASAD<br>　Assistant United States Attorney |

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release currently scheduled for November 10, 2022 at the hour of 10:00 a.m., be vacated and continued to December 5 , 2022, at the hour of 11:30 a.m. in Courtroom 6B.

DATED this 1st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

2